# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Cottrell, Inc.

                         Plaintiff,

v.                                        Case No.: 1:13–cv–01161
                                              Honorable John Z. Lee

J. Nigel Ellis, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2013:

      MINUTE entry before Honorable John Z. Lee: Status hearing held on 4/2/13. Defendant is not present. Plaintiff reports he has not effectuated service yet and requests additional time to do so. Status hearing set for 5/14/13 at 9:15 a.m. Plaintiff is reminded that service must be effectuated within 120 days of filing of the complaint under Rule 4(m), or this action will be dismissed. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.