# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Cottrell, Inc.

                        Plaintiff,

v.                                                       Case No.: 1:13–cv–01161
                                                         Honorable John Z. Lee

J. Nigel Ellis, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2013:

      MINUTE entry before Honorable John Z. Lee: Status and motion hearing held on 5/14/13. Plaintiff's responses to defendants' motion to dismiss, or in the alternative, to strike and/or transfer [23] and defendants motion for attorneys' fees and costs [24] are due by 6/4/13; reply briefs are due 6/18/13. The parties are to exchange Rule 26(a)(1) disclosures by 6/18/13; initial written discovery requests are to be served by 7/19/13. Discovery is otherwise stayed. Status hearing set for 8/28/13 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.